RECEIVED
AUG 23 2006
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA

v.

COREY AHMAD SMITH
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 02-10022-01

USM Number: COREY AHMAD SMITH

GEORGE HIGGINS, III
Defendant's Attorney

## THE DEFENDANT:

[✓] was found in violation of Mandatory Condition No. 2, Standard Condition Nos. 2 and 11, Special Condition Nos. 1 and 3 after denial of guilt.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| **SEE NEXT PAGE** | | |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓] The defendant has not violated condition(s) Mandatory Condition No. 3, Standard Condition No. 5 and Special Condition No. 2 and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address:

Defendant's Mailing Address:

AUGUST 22, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

DEE D. DRELL, United States District Judge
Name & Title of Judicial Officer

8/23/06
Date

CASE NUMBER: 02-10022-01
DEFENDANT:

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Mandatory Condition No. 2 | Committed another criminal offense, Contempt of Court, this charge is pending | April 21, 2006 |
| Standard Condition No. 2 | Failure to report to the probation officer during the months of April, May and June 2006 | April, May and June 2006 |
| Standard Condition No. 11 | Failure to notify the probation office of a change of residence or employment | |
| Special Condition No. 1 | Failure to pay a fine of $5,000.00 | |
| Special Condition No. 3 | Failure to provide requested tax documentation and failure to apply any refunds toward his fine | |

DEFENDANT:       COREY AHMAD SMITH
CASE NUMBER:   02-10022-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **seven (7) months with credit for time served since June 21, 2006** .

[✓]   The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

   Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                                                     UNITED STATES MARSHAL

                                                                     By _____
                                                                       DEPUTY UNITED STATES  MARSHAL

DEFENDANT: COREY AHMAD SMITH
CASE NUMBER: 02-10022-01

# SUPERVISED RELEASE

No term of supervised release has been ordered to follow term of imprisonment.

## MANDATORY CONDITIONS (MC)

1. The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. The defendant shall not commit another federal, state, or local crime.

3. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

4. [ ] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

5. [✓] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

6. [✓] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

7. [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

8. [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

9. If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

10. The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION (SC)

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: COREY AHMAD SMITH
CASE NUMBER: 02-10022-01

# SPECIAL CONDITIONS OF SUPERVISION (SP)

1. The defendant shall pay a fine in the amount of $5,000.00. In the event the fine is not paid prior to the commencement of supervised release the defendant shall pay $140.00 per month toward the fine, to begin within 30 days of release from imprisonment.

2. The defendant shall participate in a substance abuse program as directed by the United States Probation Officer, to include random drug testing.

3. The defendant shall pay a minimum of eighty percent (80%) of any State and Federal income tax refunds received during the period of supervision, to be applied toward any unpaid court ordered monetary obligation.

DEFENDANT: COREY AHMAD SMITH
CASE NUMBER: 02-10022-01

DEFENDANT:      COREY AHMAD SMITH
CASE NUMBER:    02-10022-01

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|          | Assessment | Fine       | Restitution |
|----------|------------|------------|-------------|
| Totals:  | $ 100.00   | $ 5,000.00 | $           |

[ ] The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[✓] The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   [✓] The interest requirement is waived for the fine.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

[✓] Lump sum payment of $ 5,000.00 due immediately.

[✓] Special instructions regarding the payment of criminal monetary penalties:

**In the event the fine is not paid prior to the commencement of supervised release, the defendant shall pay $140.00 per month toward the fine, to begin within 30 days of release of imprisonment. The defendant shall pay a minimum of 80% of any State or Federal Income tax refund received during the period of supervision to be applied toward any unpaid court ordered monetary obligation.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.